**Samuel G. CHIA, Plaintiff–Appellant,**

v.

**FIDELITY BROKERAGE SERVICES, Defendant–Appellee.**

No. 99–17138.

D.C. No. CV–99–00027–VRW.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001 [1].

Decided Feb. 21, 2001.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

## MEMORANDUM [2]

Samuel G. Chia appeals pro se the district court's judgment declining to vacate the National Association of Securities Dealers' arbitration decision that dismissed as time-barred his claim alleging that Fidelity Brokerage Services defrauded him and breached its fiduciary duty in relation to a bad investment. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's decision confirming an arbitration decision and denying vacatur. *See Employers Ins. of Wausau v. Nat'l Union Fire Ins. Co. of Pittsburgh,* 933 F.2d 1481, 1485 (9th Cir. 1991). We affirm.

Because Chia had actual or constructive knowledge of his claim in September 1992, his claim is time-barred. *See Robuck v. Dean Witter & Co.,* 649 F.2d 641, 644–45 (9th Cir.1980). Chia's contentions regarding tolling, that a six-year statute of limitations applies, or that the arbitrators and district court exceeded their power lack merit.

We deny Fidelity's request to strike portions of the record.

AFFIRMED.

---

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

